**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Parvaneh Moshir Afshar, | No. CV-09-350-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Patchlink Corporation aka Lumension, Inc., a Delaware corporation, | |
| Defendant. | |

Plaintiff and Defendant having reached a settlement in the above-captioned matter and having moved and stipulated (Doc. #18) that this matter be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs, and good cause appearing,

IT IS ORDERED dismissing this matter in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 10th day of August, 2009.

James A. Teilborg
United States District Judge